IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

IN RE: CERNER/ORACLE DATA BREACH )
LITIGATION. )
)
SHANNON MOTTLEY )
)
        Plaintiff, )
v. ) No. 25-00384-CV-W-BP
)
CERNER CORPORATION )
d/b/a Oracle Health, Inc., *et al.,* )
)
        Defendants. )
)

## CLERK'S ORDER OF DISMISSAL

On the 4th day of December 2025, a Notice of Voluntary Dismissal of Plaintiff Benjamin Beard was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on December 8, 2025, (Doc. 130), Benjamin Beard's are dismissed without prejudice.
.

                                      AT THE DIRECTION OF THE COURT

                                      Paige Wymore-Wynn, Clerk of Court
                                              **/s/ Shauna Murphy-Carr**
                                                      Deputy Clerk

Date:   December 8, 2025